UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GN MORTGAGE, LLC,<br><br>Plaintiff,<br><br>MORTGAGE IMPRESSIONS, INC.,<br><br>Defendant. | C.A. NO. 1:06-CV-00462-T-LDA |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Mass. R. Civ. P. 41(a)(1)(i), Plaintiff GN Mortgage, LLC hereby voluntarily dismiss the above-captioned matter with prejudice. No party has yet filed a response to the Complaint.

GN MORTGAGE, LLC

By its attorneys,

*/s/ Andrea Peraner-Sweet*

Andrea Peraner-Sweet (#5241)
SALLY & FITCH LLP
One Beacon Street
Boston, MA 02108
(617) 542-5542
(617) 542-1542 (FAX)

Of Counsel:

Stephen C. Reilly
Jennifer E. Greaney
SALLY & FITCH LLP
One Beacon Street
Boston, MA 02108
(617) 542-5542
(617) 542-1542 (FAX)

Dated: March 2, 2007